material respects to those the subject of Abstract 66656, the claim of the plaintiffs was sustained.

OCTOBER 28, 1964

No. 68855.—APPEAL 5144.—Albert F. Maurer Co. v. United States.——A.R.D. 153 affirmed June 25, 1964.  C.A.D. 845.

BEFORE THE FIRST DIVISION, NOVEMBER 2, 1964

No. 68856.—AMT Corporation v. United States, protest 63/13969 (Detroit).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 68857.—AMT Corporation v. United States, protest 63/15460 (Detroit).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 2, 1964

No. 68858.—Manca, Inc. v. United States, protests 62/6710, 62/13622, and 62/16347 (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise marked "A" and "B" consists of lead-acid type storage batteries ("Barix Batteries"), the claim of the plaintiff was sustained.

No. 68859.—David L. Peister Co., Inc. v. United States, protest 252928–K (New York).